234 P.3d 694

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Felts v. Felts | 29482 | 07/15/2010 | Affirmed |
| State v. Arquilla | 29309 | 07/21/2010 | Affirmed |
| St. Clair v. State | 29978 | 07/22/2010 | Affirmed, vacated & remanded |
| Oyadomari v. Administrative Director of Courts | 29918 | 07/26/2010 | Affirmed |
| Enos v. State, Dept. of Land & Natural Resources, Historic Preservation Div. | 28125 | 07/26/2010 | Affirmed |